# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TREMAYNE WHITE, | Case No. LA CV 16-4167 SJO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL MCDOWELL, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Declining Certificate of Appealability.

DATED: September 20, 2017.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE